In re:                                                          Case No. 12-00250-RNO
Albert Joseph Maynard                                          Chapter 13
Christine Samuel-Maynard
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: DGeorge          Page 1 of 3          Date Rcvd: Jan 23, 2017
                            Form ID: 3180W          Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db/jdb       Albert Joseph Maynard,   Christine Samuel-Maynard,   PO Box 577,
             Pocono Summit, PA  18346-0577
4395802     +1661 Worthington Rd.,   West Palm Beach, FL 33409-6488
4313288     +888 East Walnut Street,   Pasadena, CA 91101-1895
4021258     +ACS Savings Plan,   c/o BNY Mellon,   PO Box 569,   Pittsburgh, PA 15230-0569
4724974      Federal National Mortgage Association,   (Fannie Mae), creditor c/o Seterus, Inc,   PO Box 1047,
             Hartford, CT 06143-1047
4724975     +Federal National Mortgage Association,   (Fannie Mae), creditor c/o Seterus, Inc,   PO Box 1047,
             Hartford, CT 06143-1047,   Federal National Mortgage Association,
             (Fannie Mae), creditor c/o Seterus, Inc 06143-1047
4021263     +Frontier-PA/CTE,   c/o EOS CCA,   300 Canal View Blvd Ste 130,   Rochester, NY 14623-2811
4021264     +GE Money Bank,   c/o Equable Ascent Financial,   1120 W Lake Cook Rd Ste A,
             Buffalo Grove, IL 60089-1970
4021265     +GE Money Bank/JC Penney,   c/o Equable Ascent Financial,   1120 W Lake Cook Rd Ste A,
             Buffalo Grove, IL 60089-1970
4021267      Hogarth Emergency Physicians,   c/o NCO Credit Services,   PO Box 8547,
             Philadelphia, PA 19101
4021271     +Indy Mac Mortgage Svcs,   Divison of One West Bank,   PO Box 78826,   Phoenix, AZ 85062-8826
4021273    ++++KENNETH HENNING,   TAX COLLECTOR,   4802 ROUTE 115,   BLAKESLEE PA  18610-7849
             (address filed with court: Kenneth Henning,   Tax Collector,   HC1 Box 1428 RT. 115,
             Blakeslee, PA 18610)
4046394      MKM Acquisistions LLC,   PO Box 9010,   Woodbury, NY 11797-9010
4021274     +Medical Assoc of Monroe County,   c/o Commonwealth Financial Sys,   237 N Main Street,
             Dickson City, PA 18519-1651
4027221     +Midland Credit Management, Inc.,   2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
4396036     +Ocwen Loan Servicing, LLC,   1100 Virginia Drive, suite 175,   Fort Washington, PA 19034-3204,
             Attn: Bankruptcy Department
4542369      Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   P.O. BOX 24605,
             West Palm Beach, FL 33416-4605
4542370     +Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   P.O. BOX 24605,
             West Palm Beach, FL 33416-4605,   Ocwen Loan Servicing, LLC 33416-4605,
             Attn: Bankruptcy Department
4036092      OneWest Bank, FSB,   PO Box 829009,   Dallas, TX 75382-9009
4028332     +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
4021278     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
4021277     +PNC Bank,   103 Bellevue PKWY,   Wilmington, DE 19809-3701
4021280     +Pocono Medical Center,   c/o Powell Rogers & Speaks,   1 Fisher Street,
             Halifax, PA 17032-8845
4021282      Udren Law Offices,   Woodcrest Corporate Center,   111 Woodcrest Rd Ste 200,
             Cherry Hill, NJ 08003-3620
4021257     +Vincent Rubino, Esq.,   Newman, Williams, Mishkin, Corveleyn, Wo,   712 Monroe Street,
             Stroudsburg, PA 18360-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           EDI: AIS.COM Jan 23 2017 19:03:00      Midland Funding LLC by American InfoSource LP as a,
             PO Box 4457,   Houston, TX  77210-4457
cr           EDI: RECOVERYCORP.COM Jan 23 2017 19:03:00      Recovery Management Systems Corporation,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
4021259     +EDI: MID8.COM Jan 23 2017 19:03:00      Citibank,   c/o Midland Credit Management,
             8875 Aero Dr,   San Diego, CA 92123-2251
4021261     +EDI: SEARS.COM Jan 23 2017 19:03:00      Citibank/Sears,   PO Box 6241,
             Sioux Falls, SD 57117-6241
4021262     +EDI: CRFRSTNA.COM Jan 23 2017 19:03:00      Credit First NA/Firestone,   PO Box 81083,
             Cleveland, OH 44181-0083
4042677     +EDI: CRFRSTNA.COM Jan 23 2017 19:03:00      Credit First National Association,   Po Box 818011,
             Cleveland, OH 44181-8011
4059698      EDI: RECOVERYCORP.COM Jan 23 2017 19:03:00      Equable Ascent Financial, LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
4021266     +EDI: RMSC.COM Jan 23 2017 19:03:00      GE/JCPenney,   PO Box 965007,   Orlando, FL 32896-5007
4056756      EDI: RECOVERYCORP.COM Jan 23 2017 19:03:00      Granite Recovery LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
4021269     +EDI: RESURGENT.COM Jan 23 2017 19:03:00      HSBC/Bon Ton,   c/o LVNV Funding LLC,
             PO Box 10497,   Greenville, SC 29603-0497
4021268     +EDI: CITICORP.COM Jan 23 2017 19:03:00      Home Depot/Citibank,   PO Box 6497,
             Sioux Falls, SD 57117-6497
4021270     +E-mail/Text: bankruptcy@huntington.com Jan 23 2017 19:07:17      Huntington National Bank,
             Huntington Mortgage Group,   7575 huntington Park Dr.,   Columbus, OH 43235-2600
4094794     +E-mail/Text: bankruptcy@huntington.com Jan 23 2017 19:07:17      Huntington National Bank,
             2361 Morse Rd,   Columbus, OH 43229-5891
4021272     +EDI: RMSC.COM Jan 23 2017 19:03:00      JC Penney,   PO Box 965007,   Orlando,FL 32896-5007
4106752      EDI: JEFFERSONCAP.COM Jan 23 2017 19:04:00      Jefferson Capital Systems LLC,   PO BOX 7999,
             SAINT CLOUD MN 56302-9617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4236276        EDI: AIS.COM Jan 23 2017 19:03:00     Midland Funding LLC,   by American InfoSource LP as agent,
                PO Box 4457,   Houston, TX  77210-4457
4021275        +E-mail/Text: MKnitter@monroecountypa.gov Jan 23 2017 19:07:21     Monroe Co Tax Claim Bur,
                Monroe Co Admn Bldg,   One Quaker Plaza Rm 104,   Stroudsburg, PA 18360-2141
4021276        +E-mail/Text: EBN_Notifications@OWB.com Jan 23 2017 19:07:14     OneWest Bank FSB,
                888 East Walnut Street,   Pasadena, CA 91101-1895
4021279        +E-mail/Text: egssupportservices@egscorp.com Jan 23 2017 19:07:21     Pocono Emerg Physicians,
                c/o NCO Financial Services,   507 Prudential Road,   Horsham, PA 19044-2308
4056779        EDI: RECOVERYCORP.COM Jan 23 2017 19:03:00     Portfolio Investments I LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
4227282        EDI: RECOVERYCORP.COM Jan 23 2017 19:03:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4021281        +EDI: SEARS.COM Jan 23 2017 19:03:00     Sears/Citibank,   PO Box 6241,
                Sioux Fallls, SD 57117-6241
4021286        +E-mail/Text: egssupportservices@egscorp.com Jan 23 2017 19:07:21      WFNNB,
                c/o NCO Financial Services,   507 Prudential Rd,   Horsham, PA 19044-2308
4021283        +EDI: ACCE.COM Jan 23 2017 19:03:00     Wells Fargo Bank NA,   c/o Asset Acceptance,
                PO Box 1630,   Warren, MI 48090-1630
4021284        EDI: WFFC.COM Jan 23 2017 19:03:00     Wells Fargo Dealer Services,   PO Box 25341,
                Santa Ana, CA 92799-5341
4021285        +EDI: WFFC.COM Jan 23 2017 19:03:00     Wells Fargo Finanical Cards,   PO Box 14517,
                Des Moines, IA 50306-3517
                                                                             TOTAL: 26


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4396037        Ocwen Loan Servicing, LLC,   1100 Virginia Drive, suite 175,   Fort Washington, PA 19034,
                Attn: Bankruptcy Department,   Ocwen Loan Servicing, LLC,   1100 Virginia Drive, suite 175
cr*           +Midland Credit Management, Inc.,   2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
4021255*       Albert Joseph Maynard,   PO Box 577,   Pocono Summit, PA 18346-0577
4021256*       Christine Samuel-Maynard,   PO Box 577,   Pocono Summit, PA 18346-0577
4021260*      +Citibank,   c/o Midland Credit Management,   8875 Aero Dr.,   San Diego, CA 92123-2251
4236277*       Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                Houston, TX  77210-4457
4236278*       Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                Houston, TX  77210-4457
4237093*       Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                Houston, TX  77210-4457
                                                                   TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
```
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        J. Zac Christman    on behalf of Joint Debtor Christine  Samuel-Maynard
         jchristman@newmanwilliams.com,  mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
        J. Zac Christman    on behalf of Debtor Albert Joseph Maynard jchristman@newmanwilliams.com,
         mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
        Joshua I Goldman    on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Lisa Beth Singer    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae),
         creditor c/o Seterus, Inc. bkmail@rosicki.com
        Lorraine Gazzara Doyle   on behalf of Creditor   OCWEN LOAN SERVICING, LLC LDoyle@udren.com,
         vbarber@udren.com
        Lorraine Gazzara Doyle   on behalf of Creditor   OneWest Bank, FSB LDoyle@udren.com,
         vbarber@udren.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
          Nicole Bernadette LaBletta    on behalf of Creditor    OneWest Bank, FSB nlabletta@udren.com,
           vbarber@udren.com
          Nicole Bernadette LaBletta    on behalf of Creditor    Ocwen Loan Servicing, LLC
           nlabletta@udren.com,   vbarber@udren.com
          Thomas I Puleo    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@goldbecklaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Debtor Albert Joseph Maynard
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com
          Vincent  Rubino    on behalf of Joint Debtor Christine  Samuel-Maynard
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com
                                                                                    TOTAL: 14

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Albert Joseph Maynard** | Social Security number or ITIN  **xxx–xx–5922** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Christine Samuel–Maynard** | Social Security number or ITIN  **xxx–xx–8239** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Middle District of Pennsylvania**

Case number:  **5:12–bk–00250–RNO**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Albert Joseph Maynard
aka Albert J. Maynard, aka Albert Maynard

Christine Samuel–Maynard
aka Christine F. Samuel–Maynard, aka Christine F. Maynard, aka Christine Florence Maynard, aka Christine F. Samuel

**By the court:**

January 23, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: DGeorge, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:12-bk-00250-RNO    Doc 92    Filed 01/25/17    Entered 01/26/17 00:53:33    Desc
Imaged Certificate of Notice    Page 5 of 5