In re:  
Albert Joseph Maynard  
Christine Samuel-Maynard  
    Debtors

Case No. 12-00250-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: JGoodling     Page 1 of 1     Date Rcvd: Mar 16, 2017  
                 Form ID: nthrgreq     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.
```
db/jdb         Albert Joseph Maynard,   Christine Samuel-Maynard,   PO Box 577,
                 Pocono Summit, PA  18346-0577
4724974        Federal National Mortgage Association,    (Fannie Mae), creditor c/o Seterus, Inc,   PO Box 1047,
                 Hartford, CT 06143-1047
4724975       +Federal National Mortgage Association,    (Fannie Mae), creditor c/o Seterus, Inc,   PO Box 1047,
                 Hartford, CT 06143-1047,    Federal National Mortgage Association,
                 (Fannie Mae), creditor c/o Seterus, Inc 06143-1047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor Albert Joseph Maynard jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
              J. Zac Christman    on behalf of Joint Debtor Christine  Samuel-Maynard
               jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
              Jeniece Davis    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               creditor c/o Seterus, Inc. bkmail@rosicki.com
              Lorraine Gazzara Doyle    on behalf of Creditor    OCWEN LOAN SERVICING, LLC LDoyle@udren.com,
               vbarber@udren.com
              Lorraine Gazzara Doyle    on behalf of Creditor    OneWest Bank, FSB LDoyle@udren.com,
               vbarber@udren.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Nicole Bernadette LaBletta    on behalf of Creditor    Ocwen Loan Servicing, LLC
               nlabletta@udren.com, vbarber@udren.com
              Nicole Bernadette LaBletta    on behalf of Creditor    OneWest Bank, FSB nlabletta@udren.com,
               vbarber@udren.com
              Thomas I Puleo    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Joint Debtor Christine  Samuel-Maynard
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
              Vincent  Rubino    on behalf of Debtor Albert Joseph Maynard
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                             TOTAL: 15
```

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Albert Joseph Maynard
aka Albert J. Maynard, aka Albert Maynard
Christine Samuel–Maynard
aka Christine F. Samuel–Maynard, aka Christine F. Maynard, aka Christine Florence Maynard, aka Christine F. Samuel
**Debtor(s)**

Chapter: 13

Case number: 5:12–bk–00250–JJT

Document Number: 94

Matter: Motion to Determine Final Cure and Mortgage Payment Rule 3002.1

ALBERT JOSEPH MAYNARD
CHRISTINE SAMUEL–MAYNARD,
**Movant(s)**

vs.

SETERUS, INC. as authorized servicer for Federal National Mortgage Association ("Fannie Mae") and Federal National Mortgage Association,
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 19, 2012.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701** | **Date: April 4, 2017**<br>**Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: JGoodling |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 16, 2017 |