```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                       Case No. 12-00250-JJT
Albert Joseph Maynard                                        Chapter 13
Christine Samuel-Maynard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: JGoodling        Page 1 of 1        Date Rcvd: Jul 13, 2017
                            Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db/jdb        Albert Joseph Maynard,    Christine Samuel-Maynard,    PO Box 577,
              Pocono Summit, PA  18346-0577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association (Fannie
               Mae), creditor c/o Seterus, Inc. heather@mvrlaw.com,    Michelle@mvrlaw.com
              J. Zac Christman    on behalf of Joint Debtor Christine  Samuel-Maynard
               jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor Albert Joseph Maynard jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              Jeniece Davis    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               creditor c/o Seterus, Inc. jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               creditor c/o Seterus, Inc. bkmail@rosicki.com
              Lorraine Gazzara Doyle    on behalf of Creditor    OCWEN LOAN SERVICING, LLC LDoyle@udren.com,
               vbarber@udren.com
              Lorraine Gazzara Doyle    on behalf of Creditor    OneWest Bank, FSB LDoyle@udren.com,
               vbarber@udren.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,    DPugh@monroecountypa.gov
              Nicole Bernadette LaBletta    on behalf of Creditor    OneWest Bank, FSB nlabletta@udren.com,
               vbarber@udren.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Ocwen Loan Servicing, LLC
               nlabletta@udren.com,    vbarber@udren.com
              Thomas I Puleo    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor Albert Joseph Maynard
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent  Rubino    on behalf of Joint Debtor Christine  Samuel-Maynard
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                               TOTAL: 16

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Albert Joseph Maynard<br>aka Albert J. Maynard, aka Albert Maynard<br>PO Box 577<br>Pocono Summit, PA 18346−0577 | Chapter 13<br>Case No. 5:12−bk−00250−JJT |

Christine Samuel−Maynard
aka Christine F. Samuel−Maynard, aka Christine F.
Maynard, aka Christine Florence Maynard, aka
Christine F. Samuel
PO Box 577
Pocono Summit, PA 18346−0577

Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−5922
xxx−xx−8239

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 13, 2017                                    By the Court,

                                                        Honorable John J. Thomas
                                                        United States Bankruptcy Judge
                                                        By: JGoodling, Deputy Clerk